

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-13-00347-CV

**ROMA INDEPENDENT SCHOOL DISTRICT**, Arturo S. Perez, Roque Rosales, Raymond P. Mussett, Nicolas Garza Jr., and John Clyde Guerra in their Official Capacities,
Appellants

v.

Noelia M. **GUILLEN**, Raul Moreno, Dagoberto Salinas, and Tony Saenz,
Appellees

From the 229th Judicial District Court, Starr County, Texas
Trial Court No. DC-13-64
Honorable David Wellington Chew, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE MARION, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, this appeal is DISMISSED. Costs of this appeal are taxed against the party that incurred them.

SIGNED October 9, 2013.

_____
Patricia O. Alvarez, Justice